# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UTAHNA HUGHES, et al.,**

    **Plaintiffs,**

v.                         Case No. 3:12cv332/RS/CJK

**EDMOND BURIE, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

On October 1, 2013, this court issued an order (doc. 139) requiring defendant Edmond Burie to file either a notice to proceed *pro se* or a notice of appearance not later than October 15, 2013. Because defendant Burie failed to comply with the court's order, the court issued an order to show cause (doc. 153) giving defendant Burie fourteen days to show cause why judgment should not be entered against him for failure to comply with an order of the court. To date, defendant Burie has not responded. The court finds that a default should be entered against defendant Edmond Burie.

Accordingly, it is respectfully RECOMMENDED:

1. That the clerk be directed to enter a default against defendant Edmond Burie.

At Pensacola, Florida this 22nd day of November, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).