IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UTAHNA HIGHES, et al.,

    Plaintiffs,

v.                          CASE NO. 3:12-cv-332-RS-CJK

EDMOND BURIE, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 159). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Clerk is directed to enter a default against Defendant Edmond Burie.

**ORDERED** on December 26, 2013.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**