# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UTAHNA HUGHES, et al.,**

    **Plaintiffs,**

v.                                                                                        Case No.:  3:12cv332/RS/CJK

**EDMOND BURIE, et al.,**

    **Defendants.**

_____/

## ORDER and
## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  On October 18, 2013, plaintiffs' counsel moved to withdraw from representation of plaintiffs Rachel Heath, Samantha Clark, and Ashley Spearman, because counsel "has lost contact/been unable to contact" plaintiffs Heath, Clark, and Spearman.  (Doc. 151).  Plaintiffs Ashley Spearman (doc. 163), Samantha Clark (docs. 160), Rachel Heath (doc. 164), and Shameka Cleveringa (doc. 162) all failed to attend their scheduled depositions.  On March 6, 2014, the court entered an order requiring plaintiffs Ashley Spearman, Rachel Heath, and Shameka Cleveringa to show cause, within fourteen days, why they should not be dismissed from this case, or sanctioned, for failure to attend their scheduled depositions or otherwise participate in this case.  (Doc. 180).  The undersigned notes that this collective action is well into the discovery stage, and a motion to decertify is now pending.  To date, only plaintiff Cleveringa has shown cause–which the undersigned accepts as adequate–for her failure to attend her scheduled deposition.  Because plaintiffs Rachel Heath and Ashley Spearman failed

to respond to the order to show cause or participate in the case, and because they have not supplied either counsel or the court with contact information, the undersigned believes a sanction other than dismissal would not be ineffectual, and would prejudice the defendants.

Accordingly, it is ORDERED:

1. The order to show cause is DISCHARGED as to plaintiff Shameka Cleveringa.

2. Plaintiff Samantha Clark shall have **fourteen (14) days** from the date of this Order and Report and Recommendation to show cause why she should not be dismissed from this case for failure to attend her scheduled deposition, or otherwise participate in the case.

And, it is respectfully RECOMMENDED:

That plaintiffs Ashley Spearman and Rachel Heath be DISMISSED WITHOUT PREJUDICE from this action.

DONE AND ORDERED this 25th day of March, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).