IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UTAHNA HUGHES, et al.,

       Plaintiffs,

v.                                             CASE NO. 3:12-cv-332-RS-CJK

EDMOND BURIE, et al.,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 186). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiffs Ashley Spearman and Rachel Heath are **DISMISSED without prejudice.**

**ORDERED** on April 7, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**