UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UTAHNA HUGHES, et al.,

    Plaintiffs,

v.                                         Case No.:  3:12cv332/RS/CJK

EDMOND BURIE, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  On October 18, 2013, plaintiffs' counsel moved to withdraw from representation of plaintiff Samantha Clark because counsel "ha[d] lost contact/been unable to contact" plaintiff Clark.  (Doc. 151).  On October 31, 2013, plaintiff Clark failed to attend her scheduled deposition.  (Doc. 160).  On March 25, 2014, the court entered an order requiring plaintiff Clark show cause, within fourteen days, why she should not be dismissed from this case for failure to attend her scheduled deposition or otherwise participate in the case.  (Doc. 186).  Because plaintiff Clark failed to respond to the order to show cause, has failed to prosecute her case or participate in the case, and because she has not supplied either counsel or the court with contact information, the undersigned concludes a sanction other than dismissal without prejudice would not be effective and would prejudice the defendants.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff Samantha Clark be DISMISSED WITHOUT PREJUDICE from this action.

DONE AND ORDERED this 15th day of April, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).