# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UTAHNA HUGHES, et al.,**

       **Plaintiffs,**

**v.**                                          **CASE NO. 3:12-cv-332-RS-CJK**

**EDMOND BURIE, et al.,**

       **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 180). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion for Decertification (Doc. 165) is **DENIED**.

**ORDERED** on April 18, 2014.

       /S/ Richard Smoak
       **RICHARD SMOAK**
       **UNITED STATES DISTRICT JUDGE**