IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UTAHNA HUGHES, et al.,

     Plaintiffs,

v.                                CASE NO. 3:12-cv-332-RS-CJK

EDMOND BURIE, et al.,

     Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 190). No objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff Samantha Clark is **DISMISSED without prejudice** from this action.

**ORDERED** on May 16, 2014.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**